IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAMAR F. MOORE                                                                                          PLAINTIFF

vs.                                         Civil No. 1:20-cv-01026

BANCORPSOUTH BANK                                                                              DEFENDANT

## JUDGMENT

Consistent with the Order entered on today's day and for the reasons stated in that Order, this case is **DISMISSED** with prejudice.

**ENTERED this 14th day of December 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

1